

Richard M. Scherer, Jr.
Associate
rscherer@lippes.com

May 5, 2015

**VIA ECF**
Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

      Re:    Rosario et al. v. National Credit Systems, Inc., et al.
               Case No.: 14-cv-03009-LDW-AKT

Dear Judge Wexler:

We represent Defendant National Credit Systems, Inc. ("NCS") in this matter. We are writing in follow up to the voicemail we left your Courtroom Deputy Clerk regarding the pre-motion conference scheduled for tomorrow May 6, 2015 at 10:30 a.m. before your Honor. Specifically, we write to inform the Court that yesterday evening Plaintiffs and NCS agreed to a settlement in this matter. Accordingly, Plaintiffs and NCS jointly request that tomorrow's pre-motion conference be canceled so that the parties do not further incur additional costs in this matter. This is especially true for NCS, as an appearance would require me to travel from Buffalo, New York.

Respectfully yours,

LIPPES MATHIAS WEXLER FRIEDMAN LLP

By:    /s/ Richard M. Scherer, Jr.

        Richard M. Scherer, Jr.

cc:    All Counsel via ECF

665 Main Street, Suite 300 • Buffalo, New York 14203-1425 • ph 716.853.5100 • fx 716.853.5199 • www.lippes.com